# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-1

**Case No.:** 20-10801  
**Case Name:** NATTY GREENE'S BREWING COMPANY, LLC  
**For Period Ending:** 09/30/2022

**Trustee Name:** (530190) Charles M. Ivey, III  
**Date Filed (f) or Converted (c):** 10/18/2020 (f)  
**§ 341(a) Meeting Date:** 11/23/2020  
**Claims Bar Date:** 07/15/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | checking Account at Truist (f/k/a Suntrust)<br><br>Consent Order entered 11/10/20 doc. no. 8 allowing set off of funds | 9,571.00 | 9,571.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | checking Account at Checking First National<br><br>Trustee believes FNB has right of set off and given nominal amount cost to administer would exceed funds in the account | 1,048.00 | 1,048.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | checking Account at Suntrust Bank (Truist)<br><br>Consent Order allowing set off of funds entered 11/10/20 doc. no. 8<br>SunTrust merged with Truist Bank | 5,347.00 | 5,347.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | A/R 90 days old or less. Face amount = $420.00. Doubtful/Uncollectible accounts = $0.00. | 420.00 | 420.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | Work in progress: cans, bottles, etc, Net Book Value: $0.00<br>Assets sold see Asset #13 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | 2007 Isuzu Box truck. Valuation Method: Comparable sale<br>Asset sold | 13,000.00 | 13,000.00 | | 7,550.00 | FA | 0.00 | 0.00 |
| 7 | boiler, fixtures, chiller, silo, brew system,. POS system, shelving, cabinets, stools, tables, tv/sound system, computers, tasting room, cooler, 4fermenation tanks, outdoor funriture, filler unit, pumps,buffer tanks, various other equipment used in brewing.<br>Asset is combined in Auction Assets See Asset #13 | 100,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | 4 trademarks.<br><br>Assets is combined in Auction Assets see Asset #13 | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9 | Hops futures contracts | 0.00 | 0.00 | | 0.00 | FA | 652,000.00 | 0.00 |
| 10 | OTHER PROPERTY<br><br>Civil Litigation pending in Middle District US District Court- Mtn to abandon filed<br>Order abandoning the litigation entered 1/14/21 Doc. No 20 | 0.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 11 | Buyer's Premium from sale of 2007 Isuzu Box Truck (u)<br>Buyer's Premium from auction sale of 2007 Isuzu Box Truck | 0.00 | 0.00 | | 1,162.50 | FA | 0.00 | 0.00 |
| 12 | Advertising Expenses from auction sale of 2007 Isuzu Box Truck  (u) | 0.00 | 0.00 | | 200.00 | FA | 0.00 | 0.00 |
| 13 | Auction Assets<br><br>Combined from asset #5, #7,  and #8- contains all assets as approved in the Court Order for auction Doc #47 entered 3/30/21 | 100,000.00 | 100,000.00 | | 221,120.00 | FA | 0.00 | 0.00 |
| 14 | VOID (u)<br><br>Auction Deposit for sale of all machinery, equipment and trademarks- deposit was required to bid in the auction process.  Is part of the Auction Assets | VOID | VOID | VOID | VOID | VOID | VOID | VOID |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 20-10801  
**Case Name:** NATTY GREENE'S BREWING COMPANY, LLC  
**For Period Ending:** 09/30/2022

**Trustee Name:** (530190) Charles M. Ivey, III  
**Date Filed (f) or Converted (c):** 10/18/2020 (f)  
**§ 341(a) Meeting Date:** 11/23/2020  
**Claims Bar Date:** 07/15/2021

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** | **Lien Amount** | **Exempt Amount** |
| 14  Assets Totals (Excluding unknown values) | $230,636.00 | $129,636.00 | | $230,032.50 | $0.00 | $652,000.00 | $0.00 |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Eighth Interim Report 10/13/22: Trustee is now preparing his final report will be filing the same during the next reporting period.

Seventh Interim Report 7/13/2022- Trustee has completed claim objection process. Trustee anticipates filing final report in September 2022.

SIXTH INTERIM REPORT 4/12/22- The Trustee has filed objections to claims and is awaiting the objection deadline.

FIFTH INTERIM REPORT 1/15/22: Trustee is preparing § 506 objection to lien claim transferred to proceeds where no value was recognized for any lien claims. initial review does not indicate any avoidance actions are available.

FOURTH INTERIM REPORT 10/15/21: Trustee is reviewing claims for possible objections.

THIRD INTERIM REPORT 7/15/21: The sale has been closed and funds received. The Trustee has requested that creditors be noticed to file proof of claims. The claims deadline is July 15, 2021.

SECOND INTERIM REPORT 4/15/21: The auction sale of Debtors inventory has been conducted and the Court has approved and confirmed the sale. Trustee is moving to close the sale.

1/15/21- FIRST INTERIM REPORT- Trustee has negotiated a carve out for the unsecured creditors estate. The assets to be sold are encumbered to Truist Bank. Trustee has presented sale documents to a potential stalking horse bidder and is awaiting a response. Sale date, by auction, is anticipated for late February 2021. There is no bank account bank account at this time.

**Initial Projected Date Of Final Report (TFR):** 06/30/2021  
**Current Projected Date Of Final Report (TFR):** 10/31/2022

10/13/2022  
Date

/s/Charles M. Ivey, III  
Charles M. Ivey, III

Copy Served On: Mr. William P. Miller  
Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 20-10801 | Trustee Name: | Charles M. Ivey, III (530190) |
|---|---|---|---|
| Case Name: | NATTY GREENE'S BREWING COMPANY, LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******9908 Checking |
| Taxpayer ID #: | **-***4240 | Blanket Bond (per case limit): | $2,500,000.00 |
| For Period Ending: | 09/30/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/08/21 | | Iron Horse Auction Company | Auction Proceeds from 2007 Isuzu Box Truck | | 8,912.50 | | 8,912.50 |
| | {6} | | Proceeds from Auction Sale $7,550.00 | 1129-000 | | | |
| | {12} | | Advertising Expenses from Auction of 2007 Isuzu $200.00 | 1229-000 | | | |
| | {11} | | Buyer's Premium from auction sale of 2007 Isuzu $1,162.50 | 1229-000 | | | |
| 03/26/21 | 101 | Iron Horse Auction Company | Advertising Fee-Pursuant to Order #39 | 3620-000 | | 200.00 | 8,712.50 |
| 03/26/21 | 102 | Iron Horse Auction Company | Buyer's Premium- Pursuant to Order #39 | 3610-000 | | 1,162.50 | 7,550.00 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.47 | 7,539.53 |
| 04/08/21 | {13} | Southend Brewing | Purchase of Assets in Bankruptcy Auction | 1129-000 | 196,120.00 | | 203,659.53 |
| 04/08/21 | {13} | Ivey, McClellan, Gatton & Siegmund, LLP | Auction Bidding Deposit | 1129-000 | 25,000.00 | | 228,659.53 |
| 04/13/21 | 103 | Iron Horse Auction Company | Buyer's Premium on final bid Voided on 04/13/2021 | 3610-004 | | 20,620.00 | 208,039.53 |
| 04/13/21 | 103 | Iron Horse Auction Company | Buyer's Premium on final bid Voided: check issued on 04/13/2021 | 3610-004 | | -20,620.00 | 228,659.53 |
| 04/13/21 | 104 | Iron Horse Auction Company | Advertising Expenses | 3620-000 | | 3,500.00 | 225,159.53 |
| 04/13/21 | 105 | Guilford County Tax Dept. | Claim #1-1 Business Personal Property Tax | 4800-070 | | 31,991.42 | 193,168.11 |
| 04/13/21 | 106 | Truist Bank | Percentage of Auction Proceeds | 4110-000 | | 146,348.64 | 46,819.47 |
| 04/13/21 | 107 | Iron Horse Auction Company | Buyer's Premium on Final Bid | 3610-000 | | 17,120.00 | 29,699.47 |
| 04/14/21 | 108 | Duke Energy | Services for 12/29- 1/21 Acct# 1429345059-Final | 2420-000 | | 2,572.79 | 27,126.68 |
| 04/14/21 | 109 | Republic Services | Services thru 3/31/21 Acct# 3-0603-0051790-Final | 2420-000 | | 27.04 | 27,099.64 |
| 04/14/21 | 110 | Piedmont Natural Gas | Services thru 2/12/21 Acct# 8002638526002-Final | 2420-000 | | 70.62 | 27,029.02 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 168.08 | 26,860.94 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 40.18 | 26,820.76 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 47.28 | 26,773.48 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.90 | 26,730.58 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 45.69 | 26,684.89 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.76 | 26,642.13 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.27 | 26,600.86 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 45.47 | 26,555.39 |

Page Subtotals:    $230,032.50    $203,477.11

{ } Asset Reference(s)                                                          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 20-10801 | Trustee Name: | Charles M. Ivey, III (530190) |
|---|---|---|---|
| Case Name: | NATTY GREENE'S BREWING COMPANY, LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******9908 Checking |
| Taxpayer ID #: | **-***4240 | Blanket Bond (per case limit): | $2,500,000.00 |
| For Period Ending: | 09/30/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.97 | 26,511.42 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.07 | 26,470.35 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.59 | 26,430.76 |
| 03/14/22 | 111 | International Sureties | Payment of Trustee Bond | 2300-000 | | 20.19 | 26,410.57 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.58 | 26,363.99 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 40.84 | 26,323.15 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 40.78 | 26,282.37 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.34 | 26,236.03 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 40.64 | 26,195.39 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.18 | 26,149.21 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.91 | 26,107.30 |

|  |  | COLUMN TOTALS | | | 230,032.50 | 203,925.20 | $26,107.30 |
|---|---|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 230,032.50 | 203,925.20 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $230,032.50 | $203,925.20 | |

{ } Asset Reference(s)                                            ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | |
|---|---|
| **Case No.:** | 20-10801 |
| **Case Name:** | NATTY GREENE'S BREWING COMPANY, LLC |
| **Taxpayer ID #:** | **-***4240 |
| **For Period Ending:** | 09/30/2022 |

| | |
|---|---|
| **Trustee Name:** | Charles M. Ivey, III (530190) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******9908 Checking |
| **Blanket Bond (per case limit):** | $2,500,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $230,032.50 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $230,032.50 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9908 Checking | $230,032.50 | $203,925.20 | $26,107.30 |
| | **$230,032.50** | **$203,925.20** | **$26,107.30** |

| | |
|---|---|
| 10/13/2022 | /s/Charles M. Ivey, III |
| Date | Charles M. Ivey, III |