Form 200

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 20–10801

IN THE MATTER OF:
Natty Greene's Brewing Company, LLC    27–2204240
1918 W. Gate City Blvd.
Greensboro, NC 27403

  Debtor(s)

## FINAL DECREE

  **IT APPEARING** that Charles M. Ivey III , Trustee of the above referenced case, has reduced the property and effects of the estate to cash; that the Trustee has made distribution and has rendered a full and complete account thereof; and that said Trustee has performed all duties requested by the Court in the administration of said estate; and for sufficient reasons appearing,

  **IT IS ORDERED** that the account of the Trustee be, and hereby is approved and allowed, and that said estate be, and hereby is closed; that the Trustee be and hereby is, discharged from and relieved of the position of trust in said case.

Dated: 6/9/23

Benjamin A. Kahn
United States Bankruptcy Judge